UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| YEONG HEON KIM, *as an individual;* HYANG SOON KIM, *as an individual*;<br><br>Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, *business entity unknown;* WELLS FARGO BANK, *business entity unknown*; SAMSARA DESIGN, LLC, *business entity unknown*; and DOES 1 TO 50,<br><br>Defendants. | CASE NO.: 2:14-cv-04510-SJO-AJW<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*Assigned to the Hon. S. James Otero*] |

On August 25, 2014, the Court entered an Order granting the Motion to Dismiss First Amended Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo"), dismissing the First Amended Complaint, in its entirety, with prejudice.

/ / /

/ / /

1  Accordingly:

2  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3  1. The First Amended Complaint is dismissed, as to all parties and all
4  causes of action, with prejudice;

5  2. Judgment is entered in favor of defendant WELLS FARGO BANK,
6  N.A.; and;

7  3. Plaintiffs Yeong Heon Kim and Hyang Soon Kim shall recover
8  nothing in this action from defendant Wells Fargo.

10 Dated: October 22, 2014      _____
         THE S. JAMES OTERO
         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

| **Served By Means Other than Electronically Via the Court's CM/ECF System** | **Served Electronically Via the Court's CM/ECF System** |
|---|---|
| *Plaintiffs Pro Se:* | *Counsel for Defendant NDeX West* |
| Yeong Heon Kim<br>Hyang Soon Kim<br>6573 Kelvin Ave.<br>Winnetka, California 91306<br><br>T: (818) 631-6798 | Edward A. Treder, Esq.<br>James T. Lee, Esq.<br>Masumi Jagdish Patel<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br><br>T: (626) 915-5714 \| F: (909) 595-7640<br>Email: edwardt@bdfgroup.com<br>Email: jamesl@bdfgroup.com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **August 29, 2014.**

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28